**No. 55394.**—B. F. Drakenfeld & Co., Inc. v. United States, protest 142851–K (New York).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of selenium dioxide the same in all material respects as the substance passed upon in *John V. Carr & Son, Inc.* v. *United States* (25 Cust. Ct. 77, C. D. 1267), the claim for free entry was sustained.